EMIL R. POHLERS, Plaintiff, *v.* EXETER MANUFACTURING COMPANY, Defendant.

City Court of New York, Special Term, New York County, April 19, 1943.

*Walter H. Bond* for defendant.

*Reuben Golin* for plaintiff.

BYRNES, Ch. J. Motion to confirm the report of the Official Referee is granted. However, irrespective of whether or not the party served was in fact a " managing agent," the failure

to fully comply with subdivision 3 of section 229 of the Civil Practice Act is fatal to the service. The affidavit is silent as to any attempt to effect service under subdivision 2 of section 229 of the Civil Practice Act. Proof that service could not be made under subdivision 1 is not of itself sufficient to dispense with the method set forth in subdivision 2. The motion to vacate and set aside the service of the summons is granted. (*McKeon* v. *McGowan & Sons*, 229 App. Div. 568.)